28 Ill. App.2d 201 (1960)
171 N.E.2d 680
Yolande P. Lasswell, Plaintiff-Appellee,
v.
Roy S. Lasswell, Defendant-Appellant.
Gen. No. 47,920.
Illinois Appellate Court  First District, First Division.
December 12, 1960.
Stanley A. Durka, Albert Koretzky and Roy S. Lasswell, of Chicago (Albert Koretzky, of counsel) for appellant.
Ehrlich and Cohn, of Chicago (Aaron H. Cohn, of counsel) for appellee.
(Abstract of Decision.)
Opinion by JUSTICE BURMAN.
Affirmed.
Not to be published in full.